466 A.2d 728

Commonwealth v. Lewis, Appellant.

Submitted May 25, 1983. John A. Halley, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Order affirmed.